

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| JULIE FAIRCHILD | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:06CV020 (TH) |
| | § | |
| LIBERTY INDEPENDENT SCHOOL DISTRICT, et al. | § § | |
| | § | |
| *Defendant.* | § | |

## ORDER TRANSFERRING VENUE

Before the Court is Plaintiff's *Motion to Change Venue* (Doc. #4).  Plaintiff seeks a transfer from the United States District Court for the Eastern District of Texas, Lufkin Division, to the United States District Court for the Eastern District of Texas, Beaumont Division.  Having reviewed the motion, the pleadings, and the applicable law, this Court is of the opinion that a transfer of venue is warranted.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Change Venue* [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is transferred from the United States District Court for the Eastern District of Texas, Lufkin Division, to the United States District Court for the Eastern District of Texas, Beaumont Division.

**SO ORDERED**.

**SIGNED** this the **22** day of **February, 2006.**

_____
Thad Heartfield
United States District Judge